In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00380-CV

_____

**IN THE INTEREST OF K.L.M.**

_____

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. C-215,074-A**

_____

**MEMORANDUM OPINION**

Upon receiving a notice of appeal from Mashell Linnette Simon, we questioned whether an appealable order had been signed by the trial court and cautioned Simon that the appeal would be dismissed if she failed to file a response by October 3, 2014. *See* Tex. R. App. P. 42.3(a), (c). No response has been filed. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

1

_____
HOLLIS HORTON
Justice

Submitted on October 15, 2014
Opinion Delivered October 16, 2014

Before Kreger, Horton, and Johnson, JJ.